# United States District Court
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. 4:23-CR-50 |
| EDUARDO REYES (1) | § § | Judge Mazzant/Judge Johnson |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 19, 2022, the report of the Magistrate Judge (Dkt. #39) was entered containing proposed findings of fact and recommendations that Defendant Eduardo Reyes's Motion to Suppress (Dkt. #17) be denied.

Having received the report of the Magistrate Judge, and the Court having considered the Defendant's timely filed objections (Dkt. #49), this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report (Dkt. #39) as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant Eduardo Reyes's Motions to Suppress (Dkt. #17) is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED** this 16th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE